IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON,<br><br>    Petitioner,<br><br> v.<br><br>ANTHONY HEDGEPETH, Warden,<br><br>    Respondent. | No. C 10-4068 LHK (PR)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME<br><br><br>(Docket No. 20) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on August 20, 2010. On November 9, 2011, the Court dismissed Claim 1 as procedurally barred and untimely. The Court also ordered Respondent to show cause why Claim 2 of the petition should not be granted. On January 5, 2012, Respondent filed a motion to dismiss Claim 2 of the petition. Petitioner requested an extension of time to file a response.

Petitioner's request for an extension of time is **GRANTED**. The Court deems Petitioner's opposition, filed March 21, 2012, timely.

IT IS SO ORDERED.

DATED: 4/2/12

LUCY H. KOH
United States District Judge

Order Granting Petitioner's Request for Ext. Of Time
G:\PRO-SE\SJ.LHK\HC.10\Gaston068eot_response.wpd