IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY GASTON,** | Case No. C 10-04068 LHK (PR) |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **ANTHONY HEDGPETH, Warden,** | |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including May 9, 2012, to file the reply in this matter.

Dated: 4/9/12

*Lucy H. Koh*
The Honorable Lucy H. Koh

1

[~~Proposed~~] Order (C 10-04068 JF)