IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON,<br><br>        Petitioner,<br><br>  v.<br><br>ANTHONY HEDGEPETH, Warden,<br><br>        Respondent. | No. C 10-4068 LHK (PR)<br><br>ORDER DIRECTING PETITIONER TO FILE RESPONSE |

    Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 9, 2011, the Court dismissed Claim 1 as procedurally barred and untimely.  The Court then ordered Respondent to show cause why Claim 2 of the petition should not be granted.  On January 5, 2012, Respondent filed a motion to dismiss Claim 2 of the petition because it was untimely and failed to state a cognizable claim for habeas relief.  Petitioner filed an opposition.  Respondent filed a reply, which added a new argument that Claim 2 failed to state a due process claim.  Because Petitioner has not had an opportunity to respond to this new argument, the Court directs Petitioner to file a supplemental opposition within **twenty-eight (28) days** of the filing date of this order.  If Respondent wishes to file a supplemental reply, he shall do so within **fourteen (14) days** thereafter.

    IT IS SO ORDERED.

DATED:  5/30/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Directing Petitioner to File Response
G:\PRO-SE\SJ.LHK\HC.10\Gaston068Presp.wpd