IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY GASTON,** | Case No. C 10-04068 LHK |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **ANTHONY HEDGPETH,** Warden, | |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a twenty-day extension of time, up to and including August 16, 2012, to file a reply to Petitioner's response.

Dated: 8/1/12

The Honorable Lucy H. Koh
United States District Judge

1

[Proposed] Order (C 10-04068 LHK)