IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON,            ) | No. C 10-4068 LHK (PR) |
| )                            | |
| Petitioner,              ) | JUDGMENT |
| )                            | |
| v.                        ) | |
| )                            | |
| ANTHONY HEDGEPETH, Warden, ) | |
| )                            | |
| Respondent.           ) | |
| _____) | |

The Court has granted Respondent's motion to dismiss. Judgment is entered in favor of Respondent and against Petitioner. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/6/12

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.10\Gaston068jud.wpd