1

2

3

4

5

6

7

8                                          NOT FOR CITATION

9                          IN THE UNITED STATES DISTRICT COURT

10                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

ANTHONY GASTON,                              )        No. C 10-4068 LHK (PR)
                                             )
12          Petitioner,                      )        ORDER DENYING MOTION FOR
                                             )        RECONSIDERATION
13    v.                                     )
                                             )        (Docket No. 39)
14  ANTHONY HEDGEPETH, Warden,               )
                                             )
15          Respondent.                      )
                                             )
16  _____)

17

18          Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus

19  pursuant to 28 U.S.C. § 2254, challenging two administrative decisions by the California

20  Department of Corrections and Rehabilitation ("CDCR").  On November 9, 2011, the Court

21  dismissed Claim 1, which challenged a 2005 rules violation report for arson, as procedurally

22  defaulted and untimely.  On September 7, 2012, the Court dismissed Claim 2, which challenged

23  a 2008 rules violation report for indecent exposure, for failure to state a claim.

24          On September 26, 2012, Petitioner filed a motion asking the Court to reconsider the

25  November 9, 2011 dismissal of Claim 1 under Federal Rule of Civil Procedure 60(b).  Rule

26  60(b) of the Federal Rules of Civil Procedure provides for reconsideration where one or more of

27  the following is shown: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly

28  discovered evidence that by due diligence could not have been discovered before the Court's

Order Denying Motion for Reconsideration
G:\PRO-SE\SJ.LHK\HC.10\Gaston068recon.wpd

1   decision; (3) fraud by the adverse party; (4) voiding of the judgment; (5) satisfaction of the

2   judgment; and (6) any other reason justifying relief.  *See* Fed. R. Civ. P. 60(b); *School Dist. 1J v.*

3   *ACandS Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).  In the present motion, Petitioner claims that he

4   is entitled to reconsideration based on Rule 60(b)(1).  Specifically, he claims that he was without

5   his legal property for at least seven months while the statute of limitations was running.

6   Petitioner also argues that he was under psychiatric care during those seven months, and his rules

7   violation for arson should have been reduced or dismissed.

8         Petitioner's arguments are unavailing.  First, the Court concluded that Claim 1 was

9   procedurally defaulted.  Petitioner's motion for reconsideration does not address that conclusion.

10  Second, the Court also concluded that the petition was untimely.  The Court specifically

11  considered Petitioner's assertions that he was without his legal property and was undergoing

12  psychiatric care when the Court determined that Petitioner was not entitled to equitable tolling.

13  Finally, Petitioner's argument that his rules violation for arson should have been reduced or

14  dismissed is irrelevant to the Court's conclusion that Claim 1 was procedurally defaulted and

15  untimely.

16        Accordingly, Petitioner's motion for reconsideration is DENIED.  No further filings will

17  be accepted in this closed case.

18        **IT IS SO ORDERED.**

19  DATED:   11/7/12

20                                                LUCY H. KOH
                                                  United States District Judge

21

22

23

24

25

26

27

28

Order Denying Motion for Reconsideration
G:\PRO-SE\SJ.LHK\HC.10\Gaston068recon.wpd            2